STATE v. WILSON

No. 113 PC.

Case below: 19 N.C. App. 672.

Petition for writ of certiorari to North Carolina Court of Appeals denied 9 January 1974.

STATE v. WOOTEN

No. 135 PC.

Case below: 20 N.C. App. 139.

Petition for writ of certiorari to North Carolina Court of Appeals denied 5 February 1974.

STEWART v. INSURANCE CO.

No. 126 PC.

Case below: 20 N.C. App. 25.

Petition for writ of certiorari to North Carolina Court of Appeals denied 5 February 1974.

TRANSIT, INC. v. CASUALTY CO.

No. 138 PC.

Case below: 20 N.C. App. 215.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 5 February 1974.

UTILITIES COMM. v. COACH CO.

No. 101 PC.

Case below: 19 N.C. App. 597.

Petition for writ of certiorari to North Carolina Court of Appeals denied 9 January 1974.